RECEIVED

09 SEP 30 PM 12:07

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA and WAI HUNG LO, Revenue Agent, | ) NO. CV 09 4614 |
| Petitioners, | ) [Proposed] ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS |
| v. | ) |
| RICHARD BISHOP, | ) |
| Defendant. | ) |

Good cause having been shown by the petitioner upon its petition filed in the above-entitled proceeding on __Sept 30__, 2009, it is hereby:

**ORDERED** that respondent Richard Bishop appear before this Court on the _12th_ day of Feb 2010 , 2009, at 00 a.m., in Courtroom No. _10_, _19th_ Floor, United States District Court, _450 Golden Gate Ave.,_ , _San Francisco_, California, and then and there show cause, if any, why respondent should not be compelled to appear and provide documents and testimony as required by the summons heretofore served upon respondent as alleged and set forth in particular in said petition; and it is further

**ORDERED** that a copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is further

1  **ORDERED** that within twenty-one (21) days before the return date of this Order,
2  respondent may file and serve a written response to the petition, supported by appropriate
3  affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion
4  respondent desires to make, that the petitioner may file and serve a written reply to such
5  response, if any, within fourteen (14) days before the return date of this Order; that all motions
6  and issues raised by the pleadings will be considered on the return date of this Order, and only
7  those issues raised by motion or brought into controversy by the responsive pleadings and
8  supported by affidavit(s) or declaration(s) will be considered at the return of this Order, and any
9  uncontested allegation in the petition will be considered admitted.

10  **ORDERED** this _____ day of _____, 2009, at _____,
11  California.

_____
**UNITED STATES DISTRICT JUDGE**

ORD. TO SHOW CAUSE RE ENF.
OF IRS SUMMONS                                2